IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOYCE LENETT ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:14-cv-135-MSH |
| | : | Social Security Appeal |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently pending before the Court is Defendant's motion to remand the case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 17.)  Plaintiff has notified the Court that she does not object to the motion. (ECF No. 18.)  Therefore, Defendant's motion is hereby GRANTED and Plaintiff's application for disability insurance benefits and supplemental security income is remanded to the Commissioner for further proceedings, including to have an administrative law judge reevaluate the past relevant work finding and, if warranted, obtain evidence from a vocational expert regarding the availability of work in the national economy that Plaintiff can perform consistent with the assessed limitations on her occupational base.

SO ORDERED, this 16th day of December, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE